

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-24-00272-CV

**IN THE INTEREST OF G.P.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00588
Honorable John D. Gabriel Jr., Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Luz Elena D. Chapa, Justice
Beth Watkins, Justice

Delivered and Filed: July 24, 2024

MOTION TO DISMISS GRANTED; DISMISSED

On July 15, 2024, appellant D.P. filed a motion seeking to dismiss this appeal. After consideration, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because appellant is indigent, no costs of this appeal are assessed against her. *See* TEX. FAM. CODE § 107.013(e) (providing parent who court determines is indigent is presumed indigent for duration of suit and subsequent appeal unless material and substantial change in parent's financial circumstances).

PER CURIAM